**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

OLABISI BODUNDE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WALGREENS BOOTS ALLIANCE, INC.,

Defendant.

Case No. 1:24-cv-02437

Judge John Robert Blakey

**JOINT STATUS REPORT**

Plaintiff Olabisi Bodunde ("Plaintiff") and Defendant Walgreens Boots Alliance ("Defendant"), by their respective counsel, submit this Joint Status Report pursuant to this Court's Order entered August 8, 2024. ECF No. 28.

**1. STATUS UPDATE**

The parties have conferred and have agreed to jointly move to transfer this case to the Eastern District of California, where *Navarro et al v. Walgreens Boots Alliance, Inc.*, Case No. 1:24-cv-00290-KES-SKO (E.D. Cal.) is presently pending, pursuant to the first-to-file rule. *See*, *e.g.*, *Askin v. Quaker Oats Co.,* 2012 WL 517491, at *3 (N.D. Ill. Feb. 15, 2012) (Noting that "the district court is authorized to dismiss, transfer, or stay a second-filed case" in favor of an earlier-filed case when confronted with "duplicative litigation."). Accordingly, the Parties respectfully request leave to prepare and file their joint motion to transfer within fourteen (14) days.

Dated: August 16, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**

By: */s/ Philip Fraietta*
Philip Fraietta

Philip Fraietta
1330 Avenue of the Americas
32nd Floor
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email: gklinger@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Russell Busch
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (630) 796-0903
Email: rbusch@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Luis Angel Cardona
1311 Ponce De Leon Avenue
San Juan, PR 00985
Tel: (516) 862-0194
Email: lcardona@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472

Email: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
J. Hunter Bryson
405 E 50th Street
New York, NY 10022
Telephone: (630) 796-0903
Email: hbryson@milberg.com

*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

By: /s/ *Brian D. Straw*
     Brian D. Straw

Brett Doran
Brian D. Straw
Dambi Kim
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435
Email: doranb@gtlaw.com
strawb@gtlaw.com
dambi.kim@gtlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Philip Fraietta, hereby certify that on August 16, 2024 a copy of the foregoing document was filed electronically using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ *Philip Fraietta*
Philip Fraietta

Philip Fraietta
**BURSOR & FISHER, P.A**
1330 Avenue of the Americas
32nd Floor
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com